Clerk's Office
United States District Court
for the District of Columbia
Washington, DC 20001
November 14, 2006

Clerk, United States District Court
for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York, 11201-1818

### IN RE: DEPARTMENT OF VETERANS AFFAIRS (VA) DATA THEFT LITIGATION, MDL - 1796

Dear Clerk:

Enclosed is a certified copy of the Transfer Order entered by the Judicial Panel on Multidistrict Litigation. The Order became effective on 11/3/06. We have assigned a new individual civil action number to your case to be transferred to us as liste below.

Please send us your file along with a certified copy of your docket entries. When you send your file, please refer and type on your cover letter our Civil Action.

| **Title of Case** | **Your Number** | **Our Number** |
|---|---|---|
| **Michael Rosato, et al. V. R. James Nicholson, et al.** | C.A. No. 1:06-3086 | C.A. No. 1:06-1944 |

Sincerely,

NANCY MAYER-WHITTINGTON, CLERK

By Katherine S. Snuffer
Trainer/Quality Control Specialist
(202) 354-3183

cc: MDL Panel, Clerk
   Nancy Mayer-Whittington, Clerk
   Judge James Robertson
   Al Richburg, Courtroom Clerk
   MDL Misc. Case No. 06-506