

Home | Site Map | FAQs

SEARCH

**Contact Us**
- Your Local FBI Office
- Overseas Offices
- Submit a Crime Tip
- Report Internet Crime
- More Contacts

**Learn About Us**
- Quick Facts
- What We Investigate
- Natl. Security Branch
- Information Technology
- Fingerprints & Training
- Laboratory Services
- Reports & Publications
- History
- More About Us

**Get Our News**
- Press Room
- E-mail Updates
- News Feeds

**Be Crime Smart**
- Wanted by the FBI
- More Protections

**Use Our Resources**
- For Law Enforcement
- For Communities
- For Researchers
- More Services

**Visit Our Kids' Page**

**Apply for a Job**

# Press Release

**For Immediate Release**
July 13, 2006

Washington D.C.
FBI National Press Office
(202) 324-3691

### FBI Forensic Examination of the Stolen VA Laptop

On June 28, 2006, the stolen laptop computer and external hard drive were recovered intact. Based on all of the facts gathered thus far during the investigation, as well as on the results of the FBI and VA OIG computer forensics examinations, the FBI and VA OIG are highly confident that the files on the computer and external hard drive were not compromised.

#####

| Press Releases | FBI Home Page |

EXHIBIT 5