

November 15, 2006

To:  R. James Nicholson
     Secretary of Veterans Affairs
     United States Department of Veterans Affairs
     810 Vermont Ave NW
     Washington, DC 20420

Subject: Breach Analysis Letter of Certification for November 15, 2006

Dear Secretary Nicholson,

    We certify that as of 9 November 2006 that ID Analytics, through using its standard processes and analytical tools, did not find any organized misuse of the VA records file (breach date 3 May 2006) in the ID Network. The VA records file we analyzed contained 19,650,214 veteran / soldier records consisting of name, Social Security Number and date of birth information relating to those veterans / soldiers. The ID Analytics analysis reviewed the period from May 3, 2006 to November 9, 2006. We can not certify against any future activity that might be associated with the lost file.

    The ID Network is a national database consisting of applications for credit or wireless service received from consumers through our ID Network Members over the last four years. While the ID Network does not contain all applications from all US credit grantors, or checking account information, it does contain over 500mm applications for credit received from top US credit card, wireless, retail card and instant lenders, and previous analysis shows that organized misuse of a file can be detected by using the ID Network and proprietary ID Analytics' technology.

    We appreciate the opportunity to serve and help protect the identities of our veterans/soldiers.

Bruce Hansen
President and CEO
ID Analytics, Inc.

EXHIBIT
6