# 2001 National Survey of Veterans (NSV)

## Final Report

EXHIBIT

tables'

13

## ACKNOWLEDGEMENTS

Susan Krumhaus was the Project Officer for the U.S. Department of Veterans Affairs. In addition to her management responsibilities, she provided valuable input into the sample and questionnaire design process, and outlined the overall focus for this final report. At Westat, Veronica Nieva was the Corporate Officer and John Helmick was the Project Director. G. Hussain Choudhry was the senior staff statistician. Katie Hubbell supervised all data processing activities and Susan Fraser was responsible for all telephone center operations. Contributing authors to this report were Mike Wilson, Shelley Perry, Cynthia Helba, Wayne Hintze, Mareena Wright, Kimya Lee, James Greenlees, David Rockwell and Mary Ann Deak.

**TABLE OF CONTENTS**

Chapter                                                                                    Page

          EXECUTIVE SUMMARY ................................................................... xiii

1          INTRODUCTION ............................................................................... 1-1

          1.1     The 2001 National Survey of Veterans ............................................ 1-2
          1.2     Veteran Access to Information About VA Benefits ......................... 1-6
          1.3     Organization of the Report ............................................................... 1-10

2          STUDY METHODOLOGY .................................................................. 2-1

          2.1     Questionnaire Development ............................................................. 2-1
          2.2     Sample Design ................................................................................ 2-3
          2.3     Survey Administration .................................................................... 2-3
          2.4     Survey Yields ................................................................................. 2-6

3          THE VETERAN POPULATION .......................................................... 3-1

          3.1     Gender ............................................................................................ 3-1
          3.2     Age ................................................................................................. 3-2
          3.3     Race and Ethnicity .......................................................................... 3-3
          3.4     Marital Status ................................................................................. 3-4
          3.5     Level of Education ........................................................................... 3-5
          3.6     Employment Status ......................................................................... 3-6
          3.7     Family Income ................................................................................ 3-7
          3.8     Historical Perspective and Trends ................................................... 3-8

4          MILITARY SERVICE EXPERIENCE ................................................. 4-1

          4.1     Introduction .................................................................................... 4-1
          4.2     Branch of Service ............................................................................ 4-1
          4.3     Period of Service ............................................................................. 4-6
          4.4     Combat Exposure ............................................................................ 4-9
          4.5     Service-Related Disability and Service-Connected Disability Rating 4-11

5          HEALTH STATUS .............................................................................. 5-1

          5.1     Health Status ................................................................................... 5-3
          5.2     Functional Limitations .................................................................... 5-8
          5.3     Health Conditions ........................................................................... 5-14

**TABLE OF CONTENTS (continued)**

| Chapter | | | Page |
|---|---|---|---|
| 6 | | HEALTH CARE | 6-1 |
| | 6.1 | Health Insurance Coverage | 6-1 |
| | 6.2 | Health Care Received in the Past Year | 6-7 |
| | 6.3 | Sources of Health Care | 6-12 |
| | 6.4 | Reasons for Not Using VA Health Care | 6-16 |
| 7 | | VETERAN BENEFITS ADMINISTRATION PROGRAMS | 7-1 |
| | 7.1 | VA Disability Compensation and Pension Programs | 7-1 |
| | 7.2 | Educational Programs | 7-9 |
| | 7.3 | Vocational Rehabilitation and Employment Services | 7-15 |
| | 7.4 | Home Loan Guaranty Program | 7-18 |
| | 7.5 | Life Insurance Program | 7-22 |
| 8 | | BURIAL BENEFITS | 8-1 |
| | 8.1 | Veteran Awareness of Burial Benefit Entitlements | 8-2 |
| | 8.2 | Veteran Burial Plans | 8-4 |
| | 8.2.1 | Disposition of Cremated Remains for Veterans Indicating Cremation as a Burial Plan | 8-8 |
| | 8.2.2 | Burial in a National or State Veterans' Cemetery | 8-9 |
| | | GLOSSARY OF TERMS | G-1 |

List of Appendixes

| Appendix | | Page |
|---|---|---|
| A | THE SURVEY INSTRUMENT | A-1 |
| B | SAMPLING PLAN | B-1 |
| C | SAMPLE WEIGHTING | C-1 |

# TABLE OF CONTENTS (continued)

## List of Tables

| Table | | Page |
|-------|---|------|
| 1-1 | Percent distribution of veterans by sources of information about VA benefits | 1-7 |
| 1-2 | Percent distribution of veterans by satisfaction with ability to get information about VA benefits .................................................................. | 1-8 |
| 1-3 | Percent distribution of veterans by need for information about VA benefits in the past year .......................................................................................... | 1-8 |
| 1-4 | Percent distribution of veterans by satisfaction with ability to get veterans benefit information, among all veterans and among veterans needing information .......................................................................................... | 1-9 |
| 1-5 | Percent distribution of veterans by access to the Internet............................. | 1-9 |
| 2-1 | Target versus achieved List Sample completed interviews by priority group . | 2-7 |
| 2-2 | Target versus achieved RDD Sample completed interviews by priority group (Observed)........................................................../............................... | 2-7 |
| 3-1 | Percent distribution of veterans by age and gender...................................... | 3-2 |
| 3-2 | Percent distribution of veterans by race, ethnicity, and gender ..................... | 3-4 |
| 3-3 | Percent distribution of veterans by marital status and gender ....................... | 3-5 |
| 3-4 | Percent distribution of veterans by education and gender.............................. | 3-6 |
| 3-5 | Percent distribution of veterans by employment status and gender ............... | 3-7 |
| 3-6 | Percent distribution of veterans by family income and gender....................... | 3-7 |
| 4-1 | Percent distribution of veterans by branch of service and gender.................. | 4-2 |
| 4-2 | Percent distribution of veterans by branch of service and age....................... | 4-4 |
| 4-3 | Percent distribution of veterans by branch of service and race...................... | 4-5 |
| 4-4 | Percent distribution of veterans by branch of service and ethnicity............... | 4-6 |
| 4-5 | Percent distribution of veterans by period of service and gender .................. | 4-7 |

# TABLE OF CONTENTS (continued)

List of Tables (continued)

| Table | | Page |
|-------|---|------|
| 4-6 | Percent distribution of veterans by period of service and race | 4-8 |
| 4-7 | Percent distribution of veterans by period of service and ethnicity | 4-9 |
| 4-8 | Percent distribution of veterans by service in combat or war zone or exposure to dead, dying, or wounded and gender | 4-10 |
| 4-9 | Percent distribution of veterans by service in combat, war zone, or exposure to dead, dying, or wounded and period of service | 4-11 |
| 4-10 | Percent distribution of veterans by service-related disability and gender | 4-12 |
| 4-11 | Percent distribution of veterans by service-connected disability rating and gender | 4-12 |
| 4-12 | Percent distribution of veterans by service-related disability and branch of service | 4-13 |
| 4-13 | Percent distribution of veterans by service-connected disability rating and branch of service | 4-13 |
| 4-14 | Percent distribution of veterans by service-related disability and period of service | 4-14 |
| 4-15 | Percent distribution of veterans by service-connected disability rating and period of service | 4-14 |
| 5-1 | Percent distribution of veterans by health care enrollment priority groups | 5-2 |
| 5-2 | Percent distribution of veterans by health status and health care priority group | 5-3 |
| 5-3 | Percent distribution of veterans by health status and age | 5-4 |
| 5-4 | Percent distribution of veterans by health status and age (under 65 and 65 or older) | 5-5 |
| 5-5 | Percent distribution of veterans by health status and race | 5-6 |
| 5-6 | Percent distribution of veterans by health status and ethnicity | 5-7 |

**TABLE OF CONTENTS (continued)**

List of Tables (continued)

| Table | | Page |
|---|---|---|
| 5-7 | Percent distribution of veterans by health status and gender.......................... | 5-7 |
| 5-8 | Percent distribution of veterans by health status, gender, and age ................. | 5-8 |
| 5-9 | Percent distribution of veterans by activities of daily living and instrumental activities of daily living............................................................................. | 5-9 |
| 5-10 | Percent distribution of veterans by functional limitation and health care priority group ........................................................................................ | 5-10 |
| 5-11 | Percent distribution of veterans by functional limitation and age.................. | 5-11 |
| 5-12 | Percent distribution of veterans by functional limitation and age (under 65 and 65 or older) .......................................................................... | 5-11 |
| 5-13 | Percent distribution of veterans by functional limitation and race................. | 5-12 |
| 5-14 | Percent distribution of veterans by functional limitation and ethnicity .......... | 5-13 |
| 5-15 | Percent distribution of veterans by functional limitation and gender............. | 5-13 |
| 5-16 | Percent distribution of veterans by health conditions and health care priority group ........................................................................................ | 5-15 |
| 5-17 | Percent distribution of veterans by health conditions and age....................... | 5-16 |
| 5-18 | Percent distribution of veterans by health conditions and age (under 65 and 65 or older) ......................................................................... | 5-17 |
| 5-19 | Percent distribution of veterans by health conditions and race...................... | 5-18 |
| 5-20 | Percent distribution of veterans by health conditions and ethnicity ............... | 5-19 |
| 5-21 | Percent distribution of veterans by health conditions and gender.................. | 5-20 |
| 6-1 | Percent distribution of veterans by type of insurance and health care priority group ......................................................................................... | 6-3 |
| 6-2 | Percent distribution of veterans by type of insurance and age....................... | 6-4 |

## TABLE OF CONTENTS (continued)

List of Tables (continued)

| Table | | Page |
|---|---|---|
| 6-3 | Percent distribution of veterans by type of insurance and age (under 65 and 65 or older) | 6-5 |
| 6-4 | Percent distribution of veterans by type of insurance and race | 6-6 |
| 6-5 | Percent distribution of veterans by type of insurance and ethnicity | 6-7 |
| 6-6 | Percent distribution of veterans by type of care and health care priority group | 6-9 |
| 6-7 | Percent distribution of veterans by type of care and age | 6-10 |
| 6-8 | Percent distribution of veterans by type of care and age (under 65 and 65 or older) | 6-10 |
| 6-9 | Percent distribution of veterans by type of care and race | 6-11 |
| 6-10 | Percent distribution of veterans by type of care and ethnicity | 6-12 |
| 6-11 | Percent distribution of veterans by source of care and health care priority group | 6-13 |
| 6-12 | Percent distribution of veterans by source of care and age | 6-14 |
| 6-13 | Percent distribution of veterans by source of care and age (under 65 and 65 or older) | 6-14 |
| 6-14 | Percent distribution of veterans by source of care and race | 6-15 |
| 6-15 | Percent distribution of veterans by source of care and ethnicity | 6-16 |
| 6-16 | Percent distribution of veterans by reasons veterans did not use VA health care in past 12 months | 6-17 |
| 6-17 | Percent distribution of veterans by reasons veterans never used VA health care | 6-18 |
| 7-1 | Percent distribution of veterans with self-reported disabilities and disability ratings | 7-2 |

**TABLE OF CONTENTS (continued)**

List of Tables (continued)

<u>Table</u>                                                                                                                 <u>Page</u>

7-2      Percent distribution of veterans with self-reported disabilities by self-reported
         service-related disabilities .........................................................................      7-2

7-3      Percent distribution of veterans with self-reported disabilities by application
         for disability benefits and age .................................................................      7-3

7-4      Percent distribution of veterans by status of most recent claim application
         and age group among those who have applied for disability benefits ............      7-3

7-5      Percent distribution of veterans by reasons veterans did not apply for VA
         disability benefits and age group................................................................      7-4

7-6      Percent distribution of veterans by ease of getting VA disability benefits
         and age ....................................................................................................      7-5

7-7      Percent distribution of veterans by service-connected disability
         compensation, non-service-connected disability pension, and age ................      7-6

7-8      Percent distribution of veterans receiving service-connected disability
         compensation by importance of service-connected disability compensation
         to meeting financial needs and age............................................................      7-6

7-9      Percent distribution of veterans by understanding of disability benefits
         and age ....................................................................................................      7-7

7-10     Percent distribution of veterans receiving service-connected disability
         compensation by understanding of disability benefits and age......................      7-8

7-11     Percent distribution of veterans by education or training benefits
         (other than vocational rehabilitation) and period of service..........................      7-10

7-12     Percent distribution of veterans by use of education and training benefit
         and period of service.................................................................................      7-11

7-13     Percent distribution of veterans by importance of education and training
         benefits in meeting educational goals or preparing for better job and period
         of service ..................................................................................................      7-12

7-14     Percent distribution of veterans by understanding of education and training
         benefits and period of service ...................................................................      7-13

ix

**TABLE OF CONTENTS (continued)**

List of Tables (continued)

| Table | | Page |
|-------|---|------|
| 7-15 | Percent distribution of veterans by likelihood of using VA benefits for education or training and period of service .................................. | 7-13 |
| 7-16 | Percent distribution of veterans by reasons veterans will not use VA educational or training benefits and period of service .................................. | 7-14 |
| 7-17 | Percent distribution of veterans by use of vocational rehabilitation services from VA and period of service .................................. | 7-16 |
| 7-18 | Percent distribution of veterans by reasons veterans have not used any VA vocational rehabilitation services and period of service .................................. | 7-17 |
| 7-19 | Percent distribution of veterans by importance of vocational rehabilitation services in meeting educational goals or obtaining employment and period of service .................................. | 7-18 |
| 7-20 | Percent distribution of veterans by current living quarters and age ............... | 7-19 |
| 7-21 | Percent distribution of veterans by use of loans obtained through VA loan program and age .................................. | 7-20 |
| 7-22 | Percent distribution of veterans by reasons veterans did not use VA loan program and age .................................. | 7-21 |
| 7-23 | Percent distribution of veterans by life insurance from VA and period of service .................................. | 7-23 |
| 7-24 | Percent distribution of veterans by life insurance from other sources and period of service .................................. | 7-23 |
| 7-25 | Percent distribution of veterans by reasons for not having VA life insurance coverage and period of service .................................. | 7-25 |
| 7-26 | Percent distribution of veterans by understanding of life insurance benefits and period of service .................................. | 7-26 |
| 8-1 | Percent distribution of veterans by veteran awareness of veteran burial benefits .................................. | 8-2 |
| 8-2 | Percent distribution of veterans by awareness of VA Memorial Affairs programs and gender .................................. | 8-2 |

x

**TABLE OF CONTENTS (continued)**

List of Tables (continued)

<u>Table</u>                                                                                                                    <u>Page</u>

8-3        Percent distribution of veterans by veteran awareness of veteran burial
           benefits and race.................................................................................................    8-3

8-4        Percent distribution of veterans by veteran awareness of veteran burial
           benefits and ethnicity .........................................................................................    8-4

8-5        Percent distribution of veterans by veteran awareness of veteran burial
           benefits and age...................................................................................................    8-4

8-6        Percent distribution of veterans by veteran burial plans and gender.............    8-5

8-7        Percent distribution of veterans by veteran burial plans and race.................    8-6

8-8        Percent distribution of veterans by veteran burial plans and ethnicity ...........    8-7

8-9        Percent distribution of veterans by veteran burial plans and age group..........    8-7

8-10       Percent distribution of veterans by disposition of cremated remains for
           veterans indicating cremation as a burial plan...............................................    8-8

8-11       Percent distribution of veterans by disposition of cremated remains and
           age for veterans indicating cremation as a burial plan...................................    8-8

8-12       Percent distribution of veterans by veteran plans for burial in a national or
           state Veterans' Cemetery and veteran awareness of burial benefit ................    8-9

8-13       Percent distribution of veterans by veteran plans for burial in a national or
           state Veterans' Cemetery and veteran awareness of burial benefits for
           veterans not planning to have their cremated remains scattered....................    8-9

8-14       Percent distribution of veterans by main reasons given for wanting burial
           in a national or state Veterans' Cemetery.....................................................    8-10

8-15       Percent distribution of veterans by main reasons given for not wanting
           burial in a national or state Veterans' Cemetery............................................    8-11

8-16       Percent distribution of veterans by veteran plans for use of a VA-provided
           headstone or marker and veteran awareness of burial benefit .......................    8-12

## TABLE OF CONTENTS (continued)

List of Tables (continued)

Table                                                                                                      Page

8-17      Percent distribution of veterans by veteran plans for use of a VA-provided
          headstone or marker and veteran awareness of burial benefits for veterans
          not planning to have their cremated remains scattered.................................      8-12

8-18      Percent distribution of veterans by main reasons given for not planning to
          use a VA-provided headstone or marker......................................................      8-13

8-19      Percent distribution of veterans by understanding of veteran burial benefits
          veteran awareness of burial benefits...........................................................      8-14

8-20      Percent distribution of veterans by ability to obtain information about
          veteran burial benefits and veteran awareness of burial benefits...................      8-15

8-21      Percent distribution of veterans by ability to obtain information about
          veteran burial benefits and age group ........................................................      8-16

**EXECUTIVE SUMMARY**

The 2001 National Survey of Veterans (NSV) is the fifth in a series of comprehensive nationwide surveys designed to help the Department of Veterans Affairs (VA) plan its future programs and services for veterans. The information gathered through these surveys will help VA to identify the needs of veterans and then allocate resources in ways that will ensure these needs can be met.

The NSV is conducted under the general authorization of U.S. Code Title 38, Section 527. This section authorizes the VA Secretary to gather data for the purposes of planning and evaluating VA programs. Westat, under contract to VA, conducted the 2001 NSV.

**Study Objectives**

The NSV was conducted to obtain information VA may use in planning and allocating resources for programs and services for veterans. It also provides a snapshot profile of the veteran population. Data collected through the NSV enables VA to: follow changing trends in the veteran population; compare characteristics of veterans who use VA services with those of veterans who do not; study VA's role in the delivery of all benefits that veterans receive; and update information about veterans to help the Department develop its policies.

The survey collected key sociodemographic information to permit examination of responses across subgroups. The sociodemographic variables used as crossing variables in this report include: gender; age; race; and ethnicity (defined as Spanish, Hispanic, or Latino or not Spanish, Hispanic, or Latino). Selected data are also examined by: health care priority group (as defined by the Veterans Health Administration); branch of service; period of military service; and awareness of burial benefits.

**Study Methodology**

The 2001 National Survey of Veterans was administered to selected veterans using computer-assisted telephone interviewing (CATI) technology. The sampling approach utilized a dual frame methodology. The majority of cases came from houses called using random digit dialing (RDD)

methodology. Additional veterans were selected from files of veterans who enrolled in VA health care or who received compensation or pension from VA. This second group is referred to as the list sample. Participation was voluntary and the information collected from each veteran is confidential.

Data collection began February 12, 2001, and ended November 12, 2001. A total of 20,048 interviews (12,956 from the RDD sample and 7,092 from the list sample) were completed. Survey data were weighted to represent the entire non-institutionalized veteran population. Weighting incorporated the probability of selection, survey nonresponse, and households with more than one telephone number. Readers wishing information beyond that contained in this report may refer to the *2001 National Survey of Veterans Design and Methodology Final Report.*

### Study Findings

One key issue addressed by the survey concerned communicating benefits to veterans. VA was seen as the primary source for information about veteran benefits. Almost one-half of the veterans were satisfied or very satisfied with their ability to get this information.

The average age of the 2000 veteran population was 58 years old, with the largest group of veterans between the ages of 45 and 64. Female veterans, as a group, tended to be younger than male veterans. Virtually all veterans reported only one racial category. A higher percentage of female than male veterans classified themselves as Black, this may reflect the increased proportion of both racial minorities and women in the armed forces in recent years. Virtually all of the veteran population reported having been married at some point in their lives, with three-quarters saying they were currently married. Most veterans reported having greater than a high school education; a higher proportion of female than male veterans reported having bachelor's degree or higher. Over one-half of the veterans reported that they were currently working, with another one-third saying they were retired.

One-half of the veterans reported serving in the Army; this percentage increased as the age of the veteran increased. The largest percentage of veterans reported serving in the Vietnam era, followed by the post-Vietnam era. A higher proportion of female than male veterans served in the post-Vietnam or Gulf War periods; these findings may also reflect increasing participation of females in the military service.

Most veterans rated their health as excellent, very good or good, with this proportion decreasing with age. Self-assessment of health status varied by gender and race, but not by ethnicity. Only a small proportion of veterans reported difficulty with daily living activities, with the percentage of veterans reporting difficulties tending to increase with age. Proportionally more Black veterans than veterans from other racial groups reported having high blood pressure, in addition, Black veterans were the only racial group for which diabetes was among the top five health problems. American Indian or Alaska Native's were more likely than veterans of other races to report not receiving any medical treatment. Male veterans were almost twice as likely as were female veterans to report treatment for high blood pressure and heart trouble, while female veterans were much more likely than their male counterparts to report suffering from severe chronic pain.

Most veterans reported having private insurance; this coverage varied by age. White veterans were more likely than veterans from other racial groups to be covered by Medicare. Hispanic veterans were much less likely than non-Hispanics to report Medicare coverage, and more likely not to mention any insurance coverage. Over three-quarters of veterans reported using non-VA health care only; this tended to decrease with age, and was lowest among Black veterans. The most common reasons cited for not using VA health care were use of other sources for health care, followed by not needing any care and believing they were not entitled or eligible for health care benefits. Of those veterans who never used VA health care, more than one-fifth also reported not being aware of VA health care benefits.

Application for VA disability benefits was highest among the youngest veterans. Close to one-half of veterans reporting a disabling condition reported applying for disability benefits. This proportion decreased with age. The majority of these veterans said that their disability payments were important in meeting their financial needs and that they thoroughly understood their benefits. Most veterans using education or training benefits used them for college or university study, and about two-thirds said these benefits were very or extremely important in helping them meet their educational or career goals. Most veterans who owned a home reported taking advantage of the home loan guarantee program. The most common reasons mentioned by veterans not using the program were lack of awareness, they did not need or want loan assistance, or they did not believe they were eligible, although perceived red tape was also cited.

Over one-half of veterans said they were aware of their entitlement to be buried in a national or state Veterans Cemetery. Relatively few veterans, however, reported the intention to take advantage of this. Awareness of all burial benefits was higher among older veterans. The honor associated with burial

in a national shrine was the most commonly stated reason for wanting burial in a veterans cemetery, while wanting to be buried close to other family members was the most common reason for <u>not</u> wanting burial in a national or state veterans cemetery. Close to one-half of all veterans indicated they did not thoroughly understand their available veteran burial benefits, although a similar proportion thought it would not be difficult to obtain information about burial benefit programs.