UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| VIETNAM VETERANS OF AMERICA, et al., | No. 1:06-cv-01038-JR |
| Plaintiffs, | |
| v. | |
| R. JAMES NICHOLSON, Secretary of Veterans Affairs, et al., | |
| Defendants. | |
| PAUL HACKETT, et al., | No. 1:06-cv-1943-JR |
| Plaintiffs, | |
| v. | |
| UNITED STATES DEPARTMENT OF VETERANS AFFAIRS, et al., | |
| Defendants. | |
| MICHAEL ROSATO, et al., | No. 1:06-cv-1944-JR |
| Plaintiffs, | |
| v. | |
| R. JAMES NICHOLSON, Secretary of Veterans Affairs, et al., | |
| Defendants. | |

## DECLARATION OF CAROL WILLIAMS

I, Carol Williams, hereby declare:

EXHIBIT
19

1.    I am of majority age and otherwise competent to testify as to the matters herein, based on my personal knowledge and information provided to me in the course of my employment.

2.    I am the Deputy Associate Deputy Assistant Secretary (Deputy ADAS) for the Office of Cyber and Information Security (OCIS) in the Office of Information Technology. I have held this position since May of 2005. I have over ten (10) years of experience in the areas of security and security awareness training.

3.    As the Deputy Associate Deputy Assistant Secretary, I am the agency official in charge of VA's Office of Cyber and Information Security (OCIS), which provides cyber security guidance and oversight to VA organizations, as well as policy, procedure, reporting, and oversight support for all VA cyber security.

4.    In order to ensure that all VA personnel who access VA data are aware of and adhere to all applicable authorities regarding the protection of VA computer systems and data, OCIS developed the Cyber Security Awareness Course ("Security Course"). This training is specifically required by the Computer Security Act of 1987, Pub. L. 100-235 (H.R. 145), which mandates that all federal agencies provide annual training in computer security awareness. Furthermore, the Federal Information Security Management Act (FISMA), 44 USC 3544(b)(4), requires agencies to provide periodic training in computer security awareness and accepted computer practices for all appropriate personnel.

5.    The Security Course is required annually of VA employees, contractors, volunteers, interns, and others who utilize VA computers, networks, and electronic information systems to perform their job duties. Along with pamphlets, posters, and other material prepared

and distributed by OCIS to promote the awareness of computer security, the course provides awareness of key security practices and procedures to ensure the confidentiality, integrity, and appropriate availability of private data, the timely and uninterrupted flow of information throughout the department, and the protection of VA information systems from the potential of fraud, waste and abuse.

6.     The Security Course instructs users on how to create passwords in a manner that maintains their security effectiveness; recognize confidential information and handle it in a manner consistent with VA Policy; comply with cyber security requirements that protect an individual's privacy; practice individual actions that ensure sensitive data are backed up; recognize dangerous activities when using e-mail; report suspected cyber security incidents to the ISO; recognize that VA's information is an important part of the nation's critical infrastructure; know when an attempt is made to extract information without authorization; identify instances where the use of VA's information resources is not authorized under the concept of "Limited Personal Use"; and determine when computer gear needs to be thoroughly "scrubbed."

7.     The course informs users of laws designed to protect the individuals whose data the users works with on a day-to-day basis. In addition, it instructs users to adhere to and verify established procedures and cautions them of intentional or unintentional misuse or inappropriate use of VA data or resources, for which eleven (11) examples are provided.

8.     To ensure that all VA personnel with access to VA data complete the training, the Security Course is available in several formats. The online training is available both through the intranet, for VA employees, and the internet, for those without access to the VA intranet. It is organized into eleven (11) lessons and several short quizzes that must be taken in sequential

order: 1. Know Your ISO, 2. Passwords, 3. Confidentiality, 4. Privacy, 5. Backups, 6. Email, 7.

Viruses, 8. Incident, 9. Infrastructure Protection, 10. Social Engineering, and 11. Authorized Use.

9.      The course instructs users to sign in and enroll online for the program, review and

complete all course lessons, and complete the course evaluation. Users must then print the

certificate of completion at the end of the course and submit it to their supervisor, facility

education office, or information security officer.

10.      In addition to the online training, a video version of the training is available by

satellite broadcast, and a text version of the training may be printed and distributed to the very

few users unable to complete the other versions. Both versions contain the same basic

information as the online course. Users of these versions must certify to their supervisor, facility

education office, or information security officer that they have completed the mandated security

awareness training.

11.      Some VA facilities have developed facility-specific cyber security awareness

training, which fulfills the security awareness training requirement as long as: the length of the

course is a minimum of one contact hour; the content is provided in an interesting and

informative manner; the training includes all relevant content presented in the Cyber Security

Awareness Course developed by OCIS; and completion of the training is tracked electronically

for reporting compliance.

12.      The VA Employee Education System (EES) administers the Cyber Security

Awareness Course developed by OCIS. To track the completion of the training by all

appropriate personnel and ensure that the security awareness training requirement is fulfilled

department-wide, EES uses an online portal that shows for each user the status of completed and

incomplete courses.

13.     Attached as exhibit A are true and correct copies of screen printouts from the Cyber Security Awareness Course described in paragraphs 3 – 7 above.

14.     The certificate of security awareness training is effective for one fiscal year, since the course must be completed every year.  Completion of the training is tracked for each user through an online portal maintained by the VA Employee Education System (EES).

15.     The certificate of John Doe (the VA employee whose home was burglarized and whose personal laptop computer and external hard drive containing VA data were stolen), as provided to me by EES, indicates that he fulfilled the requirement for security awareness training by successfully completing the online version for the Cyber Security Awareness Course for fiscal year 2006 on March 31, 2006.

16.     Attached as exhibit B is a true and correct redacted copy of John Doe's certificate, as provided to me by EES, indicating his completion of the online version of the Cyber Security Awareness Course for 2006.

17.     An additional certificate of John Doe, as provided to me by EES, indicates that John Doe fulfilled this requirement for previous years by completing the online version of the Security Awareness Course for 2005 on June 8, 2005.

18.     Attached as exhibit C is a true and correct redacted copy of John Doe's certificates, as provided to me by EES, indicating his completion of the online version of the Cyber Security Awareness Course for 2005.

I declare under the penalty of perjury that the foregoing is true and correct.

11/20/2006
DATED

CAROL WILLIAMS

# Cyber Security Awareness FY-06 (Intranet)

## Welcome and Introduction

Welcome to the Veterans Affairs (VA) Office of Cyber and Information Security Awareness Training Course. The Federal Information Security Management Act (FISMA) 44 USC 3544(b)(4) mandates that each federal agency provide periodic training in computer security awareness and accepted computer practices for all employees, contractors, and volunteers. This training meets those requirements. The course is designed to take approximately 1 hour.

This course will help you to understand the responsibilities you have to protect VA's information assets, especially information about our veterans and it shows you ways to meet these responsibilities.

Successful completion of this course will fulfill your requirement for annual information security awareness training established under public law, VA policy, and other requirements.

## PRIVACY STATEMENT - Read before you continue with the course

This course is mandatory for all VA employees, contractors and volunteers and any persons that utilize VA computers, networks, and electronic information systems. This training is posted and refreshed annually. All new employees, contractors and volunteers are required to take this training within 30 days of joining VA.

A team of subject matter experts from the VA Office of Cyber and Information Security (OCIS) and VA Employee Education System (EES) created and developed this training.

## Basic Course Information:

Your registration information will be safeguarded in the same manner as all other EES courses and in compliance with VA Privacy requirements. See vaww.va.gov/privacy for additional information.

You may leave the course at any time. Your progress through the course will be saved and you will be provided a link to the location you left when you re-enter the course.

You do not have to register again. You may read information about this course the brochure by clicking on the link on the main menu bar or the next button at the top and bottom of the screen.

## Common Questions and Answers before you start:

The best way to view this training is with Internet Explorer 4.0 or higher, a monitor resolution of 800x600 and displayed at 256 colors. If you have additional hardware or software technical questions, please ask your local Information Systems Support Staff or Education Contact to assist you. If needed, one of them will contact the local system administrator.

For navigation details about the course, click on the help button.

**EXHIBIT**

tabbies®

_A_

If you have questions on how to use your Internet Browser, difficulty accessing the network or difficulty printing pages from the browser contact your local Information System Support Staff.

If you are ready to begin the course just click on Next located at either the top or bottom of this page

# Department of Veterans Affairs

Employee Education System
and
Office of Cyber and Information Security

**presents**

## VA Cyber Security Awareness

**Course ID: 06.MN.SH.OCISW.A**
**VA National Catalog Number: ITECH-EES-F249**

**Place: An Independent Study on the EES On Learning Web Site.**

## Purpose:

This program addresses key security practices and procedures and incorporates the Office of Cyber and Information Security top initiatives that all VA staff, contractors and volunteers need to be aware of to protect VA's information assets. The Federal Information Security Management Act (FISMA) 44 USC 3544(b)(4) mandates that each federal agency provide annual training in computer security awareness. The completion of this course satisfies that requirement.

## Outcome Objectives:

Upon completion of this program participants will be able to:

1. identify the ISO and situations in which it is important to make contact;

2. create passwords in a manner that maintain their security effectiveness;

3. recognize confidential information and handle in a manner consistent with VA Policy;

4. comply with cyber security requirements that protect an individual's privacy;

5. practice individual actions that ensure sensitive data are backed up;

6. recognize dangerous activities when using e-mail;

7. report suspected cyber security incidents to the ISO;

8. recognize that VA's information is an important part of the nation's critical infrastructure;

9. know when an attempt is made to extract information without authorization;

10. identify instances where the use of VA's information resources is not authorized under the concept of "Limited Personal Use;" and

11. determine when computer gear needs to be thoroughly "scrubbed."

**Target Audience:** This course is for all VA staff, contractors and volunteers who use a computer to perform their job duties.

**Accreditation/Approval:** None

---

## Continuing Education Credit

### Employee Education System

The VA Employee Education System designates this educational activity for 0.5 contact hour.

In order to receive a certificate from Employee Education System (EES) you must sign in and enroll on line for this program, review and complete all on-line course modules, complete the post test, complete the evaluation and print your own certificate at the conclusions of the program (certificates will not be mailed). EES cannot issue certificates for less than 100% participation as required by accrediting body regulations.

**Report of Training:** It is the program participant's responsibility to ensure that this training is documented in the appropriate location according to his/her locally prescribed process.

**This Independent Study Includes:** Web based training materials and Program Evaluation

**Independent Study Implementation Procedure:** The web based training material and evaluation can be completed using the VA Intranet. The address is https://vaww.ees.aac.va.gov

NOTE: If you experience difficulty reaching this web site, please contact the Help Desk via e-mail at eeslibrixhelp@lrn.va.gov. You may also contact your local computer support staff for assistance.

NOTE: In order to complete the program, your computer must have Internet Explorer 4.0 or Netscape 4.0 or higher.

After you take the test, you will receive immediate feedback as to pass or fail. Upon completing the course and the evaluation, you will be able to immediately print your certificate according to instructions.

---

## Program Content Outline

Introduction
Know Your ISO
Passwords
Confidentiality
Practice Exam 1
Privacy
Backups
Email

Practice Exam 2
Viruses
Incident
Infrastructure Protection
Practice Exam 3
Social Engineering
Authorized Use
Practice Exam 4

---

## Faculty and Planning Committee

Terri Cinnamon
Team Leader, TEAP
The Office of Cyber and Information
Security
Martinsburg, WVA

Raymond Spry, MBA & MSOD
New Media Producer
Employee Education System, Salt Lake
City
Salt Lake City, UT

Greg Dutkowski
Computer Specialist
Office of Cyber and Information Security
Salt Lake City, UT

Lisa Holland
Computer Specialist
Office of Cyber and Information Security
Washington, DC

Susan Hotzler, MA
Project Manager
Employee Education System, Minneapolis
Minneapolis, MN

## Project Manager
Susan Hotzler, MA
Program Manager
Minneapolis Employee Education Resource Center
Minneapolis, MN

## Program Support Assistant
Margaret Gephardt
Program Support Assistant
Minneapolis Employee Education Resource Center
Minneapolis, MN

## Media Support
Raymond Spry, MBA & MSOD
Senior Instructional Systems Manager
Salt Lake City Employee Education Resource Center
Salt Lake City, UT

## Section 508 of the Rehabilitation Act

The Employee Education System wishes to ensure no individual with a disability is excluded, denied services, segregated or otherwise treated differently from other individuals attending this workshop because of the absence of auxiliary aids and services. If you require any special arrangements to attend and fully participate in this educational activity, please contact Susan Hotzler, Project Manager, EES, Minneapolis Employee Education Resource Center, phone 612-725-2000, 4549 or by e-mail Susan.Hotzler@lrn.va.gov

## Disclosures

The Employee Education System (EES) must insure balance, independence, objectivity, and scientific rigor to all EES sponsored educational activities. The intent of this disclosure is not to prevent faculty, author, planning committee member or presenter (discloser) with a significant financial or other relationship from presenting materials, but rather to provide the participant with information on which they can make their own judgments. It remains for the participant to determine whether the discloser's interests or relationships influence the materials presented with regard to exposition or conclusion. When an unapproved use of a FDA approved drug or medical device, or an investigational product not yet FDA approved for any purpose is mentioned, EES requires disclosure to the participants.

*Each faculty and planning committee member (author, facilitator, and moderator) reported having no financial relationships or interests with any commercial topics that are discussed in this activity. This activity includes no discussion of uses of FDA regulated drugs or medical devices which are experimental or off-label.*

## Welcome and Introduction



"Cyber Security Awareness" is the knowledge that VA employees, contractors, and volunteers utilize to protect VA computer systems and data. It is more than policies, procedures, rules, and regulations. Cyber Security Awareness refers to the personal responsibility each of us assumes for ensuring:

- the confidentiality, integrity, and appropriate availability of veterans' private data,
- timely and uninterrupted flow of information throughout the VA enterprise, and
- VA information systems are protected from the potential of fraud, waste and abuse.

Please be aware of any activity that might violate and/or compromise the security of VA information systems. Report all incidents to your information security officer.



This VA Cyber Security Awareness course is provided for all VA employees, contractors, volunteers, and anyone who may have access to any VA information system including the personal veteran information and corporate data stored in such systems. Successful completion of this course will fulfill your requirement for annual information security awareness training established under public law, VA policy, and other requirements. Remember that, while the information you review in this course is specific to the Department of Veterans Affairs, many of the principles which are discussed are also relevant to you, as an individual computer user.

The inclusion of risk concepts and related practices in the VA Cyber Security Awareness Training Course permits the unification of high level legislation and policy issues with system level controls, measures and metrics. As such, the addition of risk elements can be used to augment the current course elements and also provides an opportunity to introduce a policy-driven framework and format.

**How This Course Works**

The course contains 11 lessons. You'll also find several short quizzes interspersed between the lessons. You must review each lesson and take each quiz. Don't worry, the program  only tracks that you complete the course, not your scores on the quizzes. You do not have to achieve a certain score to successfully complete the course.

When you are finished, you will be asked to complete a course evaluation. Then, you'll receive a certificate of completion. You should print and keep the certificate to show you have successfully completed this required training.

This course is best viewed with Internet Explorer.

If you need to leave the course, you may always come back and start where you left off. When you log back in, you will be offered a menu with links to select where you left off, or start at the beginning of the course, or exit the system.

If you lose your certificate, you can always come back to the course and select the "end-of-course" link. From there, you can print out another certificate.

Please read the "Course Brochure" page before you begin. If you need assistance at any time, please click on the Help button located on the program menu.

## Know Your ISO

- Do you know all the rules and requirements you should follow to keep VA's information secure?
- Do you know what to do if your computer is infected with an electronic virus?
- If you witnessed someone using VA's computers for theft or fraud, what would you do?
- Do you know your responsibilities for maintaining confidentiality and privacy?
- Are you sure that your work is backed up and safe?
  - Do you know your role in your facility's contingency plan?



There is someone available to help you - your facility Information Security Officer (ISO). Every VA facility has an assigned ISO who can help answer these questions and more.

It is important to know that we are all responsible for information security. Your ISO is a great resource for learning about those responsibilities and how to react if you become aware of a problem.

If you do not know your ISO, ask your supervisor or you can visit the Office of Cyber and Information Security website for the ISO Directory.

## Risk Awareness

In order to effectively manage risk it is essential to know how to identify when risk is increased beyond what is reasonably expected of the situation you find yourself in. To establish this, it is helpful to know which processes are necessary to carry out each task and which job functions are responsible for the process being carried out. It is important that you know where to look for procedures, processes and guidelines for operational risk, information risk and security controls relating to your job function. When you are familiar with this information you will be able to respond quickly and effectively when you are suspicious about someone's actions, even if the other person is your supervisor.

## Passwords

Passwords are important tools for protecting VA information systems and getting your job done. They ensure you have access to the information you need. Keep your password secret to protect yourself and your work. If you have several passwords, it is permissible to record and store them in a safe place, to which only you have access.

## Password Requirements



Passwords must:

- Be constructed of at least eight characters (i.e., Gabc123&).
- Use at least three of the following four kinds of characters:
  - Upper case letters (ABC…)
  - Lower-case letters (…xyz)
  - Numbers (0123456789)
  - "Special characters," such as #, &, *, or @.
- Be changed at least every 90 days.

Using these rules will provide you with a "strong" password. VA requires strong passwords on all information systems.

## Password Theft

Passwords can be easily stolen or duplicated if constructed poorly. Most password thefts occur as a result of poorly constructed passwords or social engineering. We'll discuss social engineering later in this course.

## Poor Password Construction

Many factors can contribute to poor passwords. Some of the most notable are:

- Passwords that are not "strong," as explained above.
- Use of common words easily obtained from a dictionary.
- Passwords referring to your personal life (for example, names of family members or pets).

Easily identifiable passwords are an open invitation to hackers.

**Rules of Thumb for Passwords**



- Don't use words found in a dictionary.
- Follow the rules for strong passwords.
- Don't use personal references (names, birthdays, addresses, etc.)
- Change your passwords at least every 90 days. If you suspect that someone is trying or may have obtained your password, change it immediately, and inform your information security officer.
- Be sure nobody can watch over your shoulder while your type your password. Ask them to turn away while you type. Position your keyboard so that it is not easy to see what you type.
- If you have a number of passwords to remember, you may want to write them down. You must securely lock them away where they cannot be accessed by others.
- Help to ensure that passwords and accounts for employees, volunteers, contractors, and students are terminated within 24 hours of their departure.

## Remembering Passwords

Since childhood, many people have used simple rhythms to remember things. Can you remember how you learned the alphabet, months of the year, state capitols, etc.? This technique is called "mnemonics." Below is an example of a mnemonic used to remember the planets of our solar system: their order is the rhythm:



"**M**ary **V**ery **E**asily **M**akes **J**am **S**aturday **U**nless **N**o **P**lums"

Helps you to remember

**M**ercury, **V**enus, **E**arth, **M**ars, **J**upiter, **S**aturn, **U**ranus, **N**eptune, **P**luto

It may sound silly, but it works. Your memory makes sensible links between information, fitting facts into mental structures and frameworks. Building a simple mnemonic may not work if it does not make sense, but it only needs to make sense to you.

Mnemonics are a useful tool in constructing passwords that cannot be found in a dictionary. How about using this as a password for the mnemonic above:

**MVEMJS,unp**

For more information about passwords, ask your Information Security Officer (ISO).

**Risk Awareness**

Using the correct username and password combination is the primary method in the VA of identifying and managing access to systems and computer programs.

Username and password combinations provide a guarantee that you are who you say you are. Through security and access rules built into computer programs and systems, your username and password also protects you from being able to carry out actions which are beyond your level of authorization.

Once the details of your username and password have been shared with others, you have lost control over how they may be used or abused. You are held solely accountable for your account access. No one other than yourself should know or have access to your password(s).

Most information systems have several ways to control username and password combinations in terms of complexity, life, usage or repetition. All of these controls are of little use if a system user loses or gives this password away.

It is worth noting that in most cases, usernames are very easy to get and tend to follow a pattern which relates directly to your own name. This is a necessary risk. Therefore, constructing strong passwords and maintaining their confidentiality is of great importance.

## Confidentiality

In VA, confidentiality is a must. Perhaps you have wondered what this means and what you need to do about it. Confidentiality is the condition in which VA's information is available to only those people who need it to do their jobs.



Breaches in confidentiality can occur if you walk away from your computer without logging off or when paper documents are not adequately controlled. They sometimes occur when you are accidentally given access to too much computer information. Put another way, breaches can occur when someone has access to information that they do not need to do their jobs. Conversations about veteran's cases in public places such as elevators and hallways can be a breach of confidentiality.

VA's computers are designed to protect confidentiality, but remember that there are things you can do, and things you should not do, to protect confidentiality.

**Computer Disposal and Confidentiality**                    Page 2 of 3

 Getting rid of old computer equipment? Be careful! We in VA often look for ways to assist the community; it's one of the best things about us.

Not long ago, some VA computers containing patient data and other information were inadvertently released into the community. This created an unacceptable and very serious breach of confidentiality. Imagine seeing your own personal information on a used VA computer that was donated to a school! While it is usually the responsibility of Information Technology (IT) staff to ensure the complete erasure of data before disposal of equipment, there are things you can do to help.

- When possible, store your data on network drives instead of your desktop computer.
- If you notice computers being excessed without full data erasure, let your ISO know.
- Know that the "delete" command cannot remove all traces of data from your computer.

To address the problem of removing all data from computers prior to disposal, VA's Office of Cyber and Information Security has purchased a special software tool called On Track Data Eraser. This tool prepares computers for proper disposal by "overwriting" the data on a hard drive several times. This process obliterates and makes the data irretrievable in any form. Every VA facility has received this tool for the IT staff to use. Working together, we will ensure that this never happens again!

Your ISO can help you find other ways to secure your data. For more information, contact your facility Information Security Officer (ISO).

**Risk Awareness**

In isolation, keeping each process or piece of information confidential may not seem to be critically important. In reality, individuals inside and outside the VA who would attempt to breach confidentiality, may collect seemingly insignificant fragments of information which, like a jigsaw puzzle, can be put together later to reveal a complete picture- a picture of VA.

Breaches of confidentiality may occur immediately or in some cases, over extended periods of time, by collection of data and process information over months and sometimes years before systems are compromised.

**Practice Exam 1**

## Lesson 1 - Know your ISO

If you think your workstation has been infected with a virus, you would contact:

    a.  Your computer manufacturer
    b.  Your Information Security Officer (ISO).
    c.  Norton Virus Protection, Inc.
    d.  Your Service Chief.
    e.  None of the above.

If you saw someone using a VA computer to commit fraud, you would call:

    a.  Your friend down the hall.
    b.  Nobody, because it is not your business.
    c.  Your Service Chief.
    d.  Your Information Security Officer (ISO).
    e.  All of the above.

## Lesson 2 - Passwords

Which of the following Rules of Thumb for passwords do not apply:

    a.  Do not use words found in any dictionary.
    b.  Do not use personal references (for example: names, birthdays, addresses).
    c.  Have your friend keep a copy of your password in case you forget.
    d.  Keep passwords secret.
    e.  Follow the rules for creating good, strong passwords.

## Lesson 3 - Confidentiality

Hitting the Delete key on your computer will erase the information from your computer completely.

    a.  True
    b.  False

Hitting the Delete key on your computer will erase the information from your computer completely.

    a.  True
    b.  False

## Privacy

As Americans, we have fundamental expectations for privacy. The right to privacy is even built into our Bill of Rights as a basic human dignity afforded citizens.



Privacy has a special legal meaning for government agencies. The Privacy Act requires that we as government employees take special care when we provide information to anyone about our veteran employees and other customers. Providing personal information to anyone, including veterans themselves, must be done only by persons authorized to do so. The same applies to requesting and receiving information about ourselves as employees and/or as veterans. Care must also be taken to assure that recipients of information are authorized to receive that information. As VA employees, we must follow legal procedures for disclosing and receiving information. These procedures ensure that information is distributed in a responsible manner and that VA accounts for the transaction.

## Information Privacy, Security, and the VA Mission

Part of the VA mission is to ensure America's veterans receive medical care and benefits with dignity and compassion. To accomplish this, VA gathers all kinds of information from and about its beneficiaries. Much of it is related to health care, military service, finances, education, and other personal information. Lest we forget, something as simple as a veteran's home address and phone number is privileged information. The Privacy Act requires that we as government employees follow proper procedures when we provide information to anyone about veterans and others. If you handle health care information in your job at VA, you need to know about HIPAA. HIPAA grants rights to individuals and imposes obligations on organizations. For more information on Privacy and HIPAA you can go to the Privacy Awareness course or contact your local Privacy Officer.



**Helpful Guidance for Handling Privacy Requests**                          Page 2 of 2

If another VA employee asks you for veteran information under your control, your response may depend on several things, including:

- The purpose of the request
- The authority of the individual making the request
- The established procedures for managing the request.

If the request does not follow the standard procedures that you are familiar with, do not hesitate to consult your supervisor for directions prior to accessing or disclosing any information.

## A Little Curiosity Can Be Harmful…

…Don't let it hurt you, any veteran, or your coworkers.

It is human nature to be curious. We all may have occasional urges to find out a little bit more about each other. When tempted to delve into personal information about veterans you come in contact with or employees you work with, the best advice is stop and consider your actions:

- Do you have a need to know in order to do your job?
- The person you are curious about has the right to be treated with respect, dignity, and have their privacy maintained.
- Unauthorized access or use of veteran, employee, or enterprise information entrusted to VA is a serious offense. Disciplinary action can be brought against you as well as legal action that could result in civil and felony punishment.

Through established policies and procedures, VA has developed measures to protect the privacy and confidentiality of veterans and employees. Policies and procedures are only as good as the individuals who implement and follow them. Your informed knowledge and professional experience is the best defense against unauthorized use and disclosure of information.



Requests for information from the public, media (newspapers, or radio and television stations), and others must be handled in a manner that protects the privacy of veterans, their families, and confidential corporate information. Such requests must be referred to the appropriate official at your facility.

If you have questions about privacy in VA and your responsibilities as an employee, contact your supervisor, Privacy Officer, or Information Security Officer (ISO).

**Risk Awareness**

Privacy laws are designed primarily to protect the people whose data you work with on a day-to-day basis. The laws are there to ensure that veterans and their beneficiaries have recourse against intentional or unintentional misuse and abuse of protected data. Your protection within the VA is to adhere to the procedures and check when you are unsure of how to handle information. If you deviate from the established procedures, you and/or the VA could potentially become liable for any losses incurred in the event of legal action.

## Backups



The work you do on VA's computers is important. It is important to you because of the time and effort expended to create it. It is important to VA and to veterans because it supports our mission.

Is your work "backed up" and safe from loss? In most VA facilities, systems managers have created ways to ensure your work is saved in several places (backed up) so it is not lost. You should make sure your work is backed up. Making a copy of files for the purpose of having them available in case of a computer failure is called "backing up" or "creating a backup." Backups are done to a second storage medium such as a diskette, zip disk, CD, tape or the preferred method to your network drive. You should be sure to lock away the information in a secure area if it contains sensitive data.



Information systems managers take purposeful steps to ensure that VA data is safe by systematically and routinely creating database backups on systems such as VistA, BDN, and others. It may not be reasonable to expect IT staff to be responsible for backing up the information on the computers of every user in your facility, so you may need to assume this responsibility yourself. If you are at all unsure if your work is backed up, contact your ISO.

## Backups

Helpful suggestions to assist you in backing up your files:

- The most important files to backup are the ones you create such as word processing, spreadsheet, and presentation files. At home, you will want to back up your financial files (Quicken, Money, TurboTax, etc.).
- Software programs do not need to be backed up. They can usually be reinstalled from the original media.
- Store the files you create in a single location on your computer such as the "My Documents" folder. Doing so will make it easier to quickly create your backup. If you store your files in many different locations, it will be more time consuming to locate them and may prevent you from routinely backing up all of your files.
- Set a schedule for backups appropriate to your needs. Some people may need to create daily backups. For others, weekly or even monthly may be adequate. Don't risk any more data to inadequate backups than you are willing to lose or have to recreate.
- After creating a backup, verify that you can access your storage medium and open the files on it.
- Storage media wear out, especially magnetic media. It is like watching an old movie on film or videotape. The recorded signal gradually wears out resulting in a grainy or unstable picture. This happens over time. Rotate your storage disks and periodically replace them with new disks or new technology.
- Clearly identify the files on your storage medium. Trying to find a specific file in a pile of unlabeled disks is time-consuming and risky.
  - Store your backups in a safe and secure place.



The most reliable computers are apt to eventually fail as a result of age, heat, dust, or mechanical failure.

Backups are cheap insurance. The question is not if you will ever need to use your backup. Instead, the question is when.

Ask your supervisor or Information Security Officer (ISO). They can tell you if your work is safe and can help you create a way to routinely back it up.

## Risk Awareness

Private and uncontrolled media from backups may present a security risk if left unprotected or in places where access to them is unrestricted. Great care is taken to manage and protect data while it is on the VA network but all this can be for nothing if the backup media is unprotected. Backups are not only useful in the event of complete loss, by naming files in numerical sequence, each stage of creation or modification of a document can be preserved in several iterations. Backup services are available on most networks for centrally stored and managed files. In most cases, locally stored files will not be backed up by network backup services. This is important if local files need to be protected as part of a separate local backup routine.

## E-mail

In VA, e-mail has become a vital tool in conducting our business. Proper use of VA electronic mail is essential to ensure this resource is uninterrupted and used in legal ways. Chain letters and hoax messages rob us of valuable network capacity, computer space, and processing speed. You should not forward these messages to others. In fact, don't even request the sender stop sending you messages. Just delete them. These "please stop" messages sent by the thousands slow down our e-mail systems! Sensitive information should not be sent using e-mail unless it can be done securely. Before you send sensitive information on e-mail, you must ensure that it can be done securely. Some computer viruses attack e-mail systems, making them unavailable. You should learn to recognize the signs of a virus infection.



## E-mail Privacy and Security



Do not think of e-mail as being similar to a personal letter delivered to you in a sealed envelope by the post office. Instead, e-mail is more like a postcard. Most often, it gets dependably delivered but there may be opportunities along the way for people other than the addressee to view the contents.

E-mail is not considered private. You should have no expectation of privacy when using e-mail to transmit, store and communicate information. Private information about veterans and employees (any information that pertains to a veteran or employee that is coupled with information that can identify the veteran or employee) are not permitted to be transmitted by email unless it is encrypted.

E-mail is not considered secure. E-mail systems, including VA's, are vulnerable to virus attacks. In fact, most computer viruses are spread through e-mail messages (See E-mail Etiquette).

## E-mail hints for work and home.



- Utilize virus-scanning software. Be sure it is kept up-to-date. Scan all e-mails and attachments sent to you.
- Always be cautious in opening e-mail from people you don't know. Make sure the subject

lines are appropriate before opening. If you are not sure whether the e-mail is legitimate, then contact the sender by phone.

- Don't open attachments from people you don't know.
- Utilize e-mail in an appropriate manner. Don't forward or create hoaxes or ask people to modify their computer systems. Don't spread rumors using e-mail. Be suspicious of any message that tells you to forward it to others.
- Unsubscribe from mailing lists in which you are no longer interested.
- Don't participate in "mail-storms" involving scores (or hundreds or even thousands) of users responding "me too!" or "thanks" or even "please stop."
- Use "reply to all" sparingly. Does everyone in your large mail group really need to see your response? Often, it is more appropriate to limit your response to just the sender.

Where do you go for information about the security or e-mail, questionable, improper, or illegal e-mail messages? You should consult your supervisor or local Information Security Officer (ISO) to ensure that VA e-mail is being used properly and securely or if you have questions about these issues.

**E-mail Etiquette**

Have you ever received an e-mail that was sent to a big distribution list that you didn't really need or want? Did you "Reply-to-All" asking why you were sent the message or asking to be removed from the message thread? When you do that, two things happen. First, you monopolize lots of people's time opening and reading your message. Second, the VA network gets flooded with messages that don't really contribute to our work. This flood of messages actually reduces the performance of VA's network, especially when people "Reply-to-All" to the responses. If you need to be taken off a thread, please contact the sender only. That way, our network can use its power to help us with our mission. For more information about E-mail etiquette, see http://vaww.vaco.va.gov/goodinfo/mailetiquette.htm, or contact your Information Security Officer.

**Risk Awareness**

Replying to unsolicited spam email is more likely to increase the number of messages sent to your address. When a spammer receives a reply, they can then be sure that your email address is valid. This can be exploited in the same way when spam emails offer you the option to unsubscribe, since this validates your email address to the spammers who often increase the number of emails to that address. Email addresses can easily be faked, this is called spoofing. If the content of email is particularly private or important then increased security in the form of encryption (reduces the likelihood of the message contents being read) may be considered. Most cryptographic systems also validate the integrity of the message to prevent tampering during transmission. If in any doubt contact your ISO for advice or consider another, more appropriate transmission method.

**Practice Exam 2**

**Lesson 4 - Privacy**

If you handle healthcare information in your job at VA, you need to know about _____.

    a.  e-mail etiquette
    b.  HIPAA
    c.  Federal Information Security Management Act
    d.  viruses

**Lesson 5 - Backups**

Which of the following items is NOT recommended when backing up your files?

    a.  Store files in a single location.
    b.  Identify the work on the storage medium.
    c.  Verify access to your storage medium.
    d.  Backing up software programs such as Word on your storage medium.

What is a backup?

    a.  Keeping your supervisor and coworkers informed about where you keep important documents and files.
    b.  Routinely copying your computer and email files to a second storage medium.
    c.  Creating duplications of important files and documents for storage with the originals."
    d.  Informing your ISO every time your team creates an important document.

**Lesson 6 - Email**

What should you do if you receive a chain letter in an email?

    a.  Follow the instructions in the email if it doesn't take too much of your time.
    b.  Delete the email.
    c.  Forward the email to your ISO.
    d.  Reply to the email with a "please stop" message.

What should you do if you receive an email attachment from someone you don't know?

    a.  Do not open the attachment.
    b.  Open the attachment if the subject line seems appropriate.
    c.  Reply to the email and request more information.
    d.  Open the attachment if your virus software doesn't alert you not to.

## Viruses



 Do you know that computer viruses can be one of the biggest causes of business loss at VA? High-tech vandals have created ever-more dangerous infectious programs that, in the past, have overcome VA's defenses. When that happens the data we depend on to fulfill our mission is compromised. It takes time and money to defend against viruses. It requires employee time to recover from attacks. Viruses make our jobs more difficult and steal resources away from our primary mission of serving veterans. Take an active role in virus defense. Find out if the computer you are using is protected. When anti-virus programs are loading, let them run to completion. Be suspicious of e-mail messages from people you do not know as well as of unexpected messages from people you do know. Look for suspicious activity, like a constantly active hard drive. Make sure data files and programs you load on your computer are authorized and free from viruses.

Improvements in technology have permitted VA to institute an enterprise-wide anti-virus defense program. Often, anti-virus software is automatically installed and updated. Nonetheless, new viruses are an everyday occurrence, and anti-virus software offers no protection from newly developed, unknown viruses. Viruses can be spread from inside as well as from outside VA. Learn how tell if the anti-virus programs on your work and home computers are running and current.

**Public peer-to-peer File Sharing**

Public peer-to-peer file sharing (commonly known as "P2P") is prohibited in VA. P2P refers to programs that allow anonymous sharing of files between computers. While there can be legitimate uses for P2P, more often these programs promote violations of copyright laws through exchange and distribution of music, videos, and games.

In addition, public P2P is prohibited in VA because P2P programs may include viruses and "spyware". Without your knowledge or permission, spyware programs track and send information about you and your computer to thieves and hackers. This exposes you, your coworkers, veterans, and their families to the possibility of identity theft and theft of credit card, medical, and other personal or financial information. Transferring files using P2P has a very significant impact on VA's wide area network because it slows down or delays transmission of legitimate work.

VA Memorandum "Prohibition on the Use of Public Peer-To-Peer File Sharing Programs" establishes policies that forbid loading, installing, or using public peer to peer programs. This memorandum and associated policies are available at the Office of Cyber and Information Security web portal at http://vaww.ocis.va.gov.

Some common public P2P programs are KaZaA, Freewire, Grokster, and Morpheus. A complete list is available at the Office of Cyber and Information Security web portal at http://vaww.ocis.va.gov.

Use of VA computing resources for public peer-to-peer file sharing violates VA Directive 6001 "Limited Personal Use of Office Equipment". Don't be a victim. Practice safe computing. Contact your information security officer if you think your computer may have P2P software or spyware.

**Worms and Trojan Horses**                                    Page 3 of 4

Improvements in technology have permitted VA to institute an enterprise-wide anti-virus defense program. Often, anti-virus software is automatically installed and updated. Nonetheless, new viruses are an everyday occurrence, and anti-virus software offers no protection from newly developed, unknown viruses. Viruses can be spread from inside as well as from outside VA. Learn how to tell if the anti-virus programs on your work and home computers are running and current.

**Worms and Trojan Horses** is software specifically designed to damage, corrupt, and disrupt a computer or network system is collectively known as malicious software, or "malware." It may be called a virus or worm and be carried by a Trojan horse. Here are some basic definitions for types of malware and how they impact your system.

A virus is a software program loaded onto your computer and executed without your knowledge.

One type of virus is called a worm. Worms can replicate themselves. A simple virus that can make a copy of itself over and over again is relatively easy to produce. A worm can be dangerous because it quickly uses all the available memory of your system and bring it to a halt. Viruses capable of transmitting themselves across the network and bypassing VA protections are even more dangerous because they infect system after system within the VA.



Another type of virus is called a "Trojan Horse." The term Trojan Horse comes from a story in Homer's Iliad, in which ancient Greeks give a giant wooden horse to their foes, the Trojans, as a peace offering. After the Trojans drag the horse inside their city walls, Greek soldiers sneak out of the horse's hollow belly and open the city gates, allowing their compatriots to pour in, capture and destroy the city of Troy. As the name implies, these destructive programs masquerade as benign applications. Trojan Horses do not replicate themselves but they can be just as destructive. Their mission is to carry destructive viruses and introduce them into your computer or network. One of the most insidious types of Trojan Horse programs is one that claims to rid your computer of viruses but instead introduces viruses onto your computer.

Viruses can be contracted through a variety of access points on your computer, from a software diskette, a CD-ROM, DVD, removable storage medium (zip drives, etc.) or e-mail.



Malicious e-mail hoaxes are not viruses, but they are also potentially dangerous. In most cases, the sender asks you to forward a warning message "to everyone you know." The hoax may request the recipient to take corrective action, which instead, disables your system. A good

example of an e-mail hoax is one that has a subject line: "Delete this file immediately." The message provides instructions on how to locate a critical computer system file and delete it. Even seemingly well-intentioned messages, when forwarded by thousands of recipients to thousands more recipients are bad because they slow down the entire VA network. In turn, this delays our important work of serving America's veterans.

## Symptoms

If your computer has any of these symptoms, there may be a problem.

Your computer:

- reacts slower than usual.
- stops running for no apparent reason.
- fails to boot.
- seems to be missing important files.
- prevents you from saving your work.

## Virus defense for work and home

In VA, all computers are required to have virus protection software. To be effective, the virus protection software must be kept up to date. New updates are usually issued every week. Contact your ISO or information technology staff if your VA  computer is not up to date. While many sites automatically update virus protection software on networked computers, remember that non-networked computers, particularly VA issued laptops, will not receive automatic updates to virus protection software. If your  computer is not networked it is particularly important that you assure that the virus protection software is regularly updated.

- Delete e-mail messages with unusual subject lines, for example, "Open this immediately."
- Never stop or disable your anti-virus program.
- Always allow an anti-virus program to perform its routines without interruption.
- Back up your files on a regular schedule.
- Have your virus protection software set to scan your e-mails and attachments.
- Be cautious and sensitive to attachments that have file extensions that execute system commands or applications. For example: .exe, .vbs, .js, .jse, .wsf, .vbe and .wsh.
- Unless you can verify, do not delete any system files based on a request made on e-mail.

To learn more about computer viruses and your role in virus defense, talk to your Information Security Officer (ISO).

## Risk Awareness

As software applications become more feature rich and offer greater integration, the potential harm caused by virus code can be disastrous. The integration permits a blending of threats and can create a domino effect between each application, which can make tracing and preventing virus code very difficult. Virus code effectively puts part or the whole of your system beyond your control in ways that can be obvious or totally transparent to you. If you open an attachment, especially, if it appears to do nothing, you should be aware that something has possibly started which will be use your computer's resources and may store information that can compromise you in some way later. As virus code becomes more sophisticated, so must you become more aware of the expected results of each action you carry out and the exceptions that can occur? Virus writers are very aware of what you see on a day-to-day basis and will attempt to make their viruses look exactly like the applications you use. In this type of environment, it is essential that you are diligent and completely aware of what you know you have to do within each application and become highly critical any time deviations from what you expect are requested.

## Incidents

Take a few moments to consider how important VA's computers are in conducting our business. Almost everything we do depends on our computers. Unfortunately, the same



computers that help us serve veterans can also be used for theft and fraud. Electronic viruses can attack our computers. They can be stolen and vandalized. They can be used to distribute sensitive information to those not authorized to receive it. All these are examples of computer-related incidents. It is important to let your supervisor and Information Security Officer (ISO) know when you witness such incidents. Your ISO will contact the VA Security Operations Center (SOC)   (VA SOC). Reporting cyber security incidents helps VA to reduce the negative impact of these events and to improve VA's information processing ability.

The VA SOC  was established to fulfill VA's need to ensure that computer security incidents are detected, reported and corrected as quickly as possible, and with minimal impact. VA SOC's  primary responsibilities are to:

- Serve as a central clearinghouse for all reported incidents, security alerts, and notifications;
- Ensure additional SOC resources for all VA incidents as needed;
- Coordinate effective notification of and response to all reported incidents;
- Notify proper officials in each organization of reported incidents.

## Incident Do's and Don'ts



When you think a computer security incident may have occurred, you should

- Gather details of the incident so you can communicate specific information to your ISO.
- Collect the date, time, location, and involved computer systems.
- Describe what you believe happened.
- Copy any error messages displayed on your computer screen.
- Copy any involved web addresses, server names, or IP addresses.

Time may be of the essence. Don't wait to call your ISO.

E-mail may not be the best way to report the incident. You may need to contact your ISO by phone or in person.



Limit discussion of the incident to only those with a specific need to know.

Do not discuss the incident with the media (radio, TV, newspapers) or anyone outside of your facility without first consulting your ISO and facility management.

To report a cyber security problem, your primary point of contact is your VA information security officer.

## Risk Awareness

Most successful security threats involve carrying out very simple routine tasks such as copying, saving, modifying or deleting files. Some of the most complicated incidents perpetrated have been based on combinations of these elements. We have become accustomed to making quick decisions about such actions and under the pressure of heavy workloads we may be tempted to let down our guard in order to get the job done. Hackers rely on these conditions by combining messages and requests that look normal to users. The key to effective incident prevention lies in your ability to establish the context of the request and to clearly establish where you are within the task you are conducting at the time. This will ensure you know whether it is appropriate to accept the modification of a computer setting or that a file should be deleted.

## VA Cyber Security: Part of Infrastructure Protection    Page 1 of 1



As a VA employee, you must be aware that the Department's information systems are part of America's strategic infrastructure. We are expected to maintain our ability to provide veteran services even in times of national tension. VA's information systems not only enable us to provide efficient services to America's veterans, they also enable VA to work with other agencies, including the Departments of Defense (DoD), Health and Human Services (HHS), and Homeland Security. In addition to our primary mission of serving veterans, VA has a role in responding to a variety of regional and national emergencies.

The FBI has warned all Federal agencies that their systems and the information in those systems are potential targets for an ever-increasing number of cyber attacks. Now more than ever, the VA's systems and the information they contain must be available to serve our nation and its veterans. Please be alert to anything that might compromise VA's cyber security. Immediately report any incidents to your Information Security Officer. If they are unavailable, contact VA SOC at 1-877-279-8856.



Contact your facility Information Security Officer (ISO) if you have questions about cyber security issues. For General information about VA's Cyber Security program contact your local VA Information Security Officer.

## Risk Awareness

The nature of work at the VA and its close involvement with the Strategic Infrastructure program may increase the likelihood and diversity of attacks on its information and systems. This heightened risk makes it more important for VA staff to know their jobs better to correctly decide appropriate procedures and courses of action to take in the event of unusual activity.

**Practice Exam 3**

## Lesson 7 - Viruses

Software specifically designed to damage, corrupt, and disrupt a computer or network system is collectively known as:

  a. Computer destroyer
  b. Malicious software, or "malware"
  c. Junk mail
  d. Spam

## Lesson 8 - Incidents

Hackers require users to carry out complex instructions in order to carry out attacks.

  a. True
  b. False

When you are aware that a computer security incident has occurred, you should:

  a. Contact your friend down the hall and ask what to do.
  b. Gather details of the incident so you can communicate specific information to your ISO.
  c. Contact your local media (TV, Radio, etc).

When you are aware that a computer security incident has occurred, you should:

  a. Contact your friend down the hall and ask what to do.
  b. Gather details of the incident so you can communicate specific information to your ISO.
  c. Contact your local media (TV, Radio, etc).

## Lesson 9 - Infrastructure Protection

VA information systems enable the Department to work with other agencies, including Department of Defense (DoD), Health and Human Services (HHS), and Homeland Security during times of national emergency.

  a. True
  b. False

## Social Engineering



Have you heard of "social engineering?" Social engineering is an unauthorized person's manipulation of your trust to get you to give up information or resources that you should not give out. This is an important information security issue!

Make sure when you are asked by someone to provide information or allow the use of your computer or accounts (in person, over the phone, or electronically), that you are certain of who they are and of their authorization to have/use that information or access as part of their job. Dishonest "social engineers" look for almost any kind of information to misuse, like your password or patient, budget, or employee information. VA employees have a natural desire to be helpful and provide useful information. Social Engineers try to take advantage of this to misuse resources or information.



One example of social engineering perpetrated on VA facilities comes in the form of a phone call from someone claiming to be from "the phone company." The thief says they are testing lines and long distance circuits and instructs the employee to dial a special code that gives the caller access to FTS long distance service. This scam has resulted in thousands of dollars worth of unauthorized calls being made at VA expense.

Unauthorized disclosure of information or granting of resources to dishonest social engineers are potentially bigger threats to you and VA than most computer hackers. To learn more about social engineering and your role in defending against it, contact your Information Security Officer (ISO).



## Risk Awareness

As a result of improvements in system security and more secure processes, hackers generally require more information from different sources in order to compromise modern systems. This progress in risk mitigations systems and techniques has created a rise in the number and sophistication of the social engineering techniques employed by hackers. Social engineers will rarely ask for secure or confidential information directly and instead will gradually gain your confidence, often asking for nothing the first call in favor of building up confidence for a later time. This means that your diligence is becoming critically important and, in some cases, constitutes the last line of defense.

## Authorized Use



The citizens of our country expect that as VA employees, we will not misuse or abuse the resources provided to us to accomplish our mission. As a VA employee, you may have the privilege of some "Limited Personal Use" of certain government resources, such as computers, e-mail, Internet access, and telephone/fax service. This benefit is available only as long as it does not interfere with official VA business is performed on the employee's non-work time, involves minimal additional expense to the Government, and is legal and ethical. Remember that your personal use may be limited at any time either by your management or by those responsible for the particular government resource you want to use. Before using this privilege, you should discuss your limits and responsibilities in using it with your supervisor and Information Security Officer (ISO).



## Ethics

"Ethics is about understanding how your actions affect other people, knowing what is right and wrong, and taking personal responsibility for your actions…"
- Winn Schwartau

- **Ethics** deals with placing a "**value**" on acts according to whether they are "**good**" or "**bad**." Every society has its rules about whether certain acts are ethical or not. The same thing is true when using a VA computer system to access confidential information.

**Misuse or Inappropriate Use**                                          Page 2 of 2

Examples of Misuse or Inappropriate Use include the following:

- Any personal use that could cause congestion, delay, or disruption of service to any Government system or equipment. For example, continuous data streams, video, sound, or other large file attachments that degrade performance of VA's network.
- Using VA systems as a staging ground or platform to gain unauthorized access to other systems.
- The creation, copying, transmission, or retransmission of chain letters or other unauthorized mass mailings regardless of the subject matter.
- Activities that are illegal, inappropriate, or offensive to fellow employees or the public. Such activities include hate speech, or material that ridicules others on the basis of race, creed, religion, color, sex, disability, national origin, or sexual orientation. 
- The creation, downloading, viewing, storage, copying, or transmission of sexually explicit or sexually oriented materials.
- The creation, downloading, viewing, storage, copying, or transmission of materials related to gambling, illegal weapons, terrorist activities, and any illegal activities or activities otherwise prohibited.
- Use for commercial purposes or in support of "for profit" activities or in support of other outside employment or business activity (e.g. consulting for pay, sales or administration of business transactions, sale of goods or services).
- Engaging in any outside fund-raising activity, endorsing any product or service, participating in any lobbying activity, or engaging in any prohibited partisan political activity.
- Posting agency information to external newsgroups, bulletin boards, or other public forums without authority. This includes any use that could create the perception that the communication was made in one's official capacity as a VA employee (unless appropriate approval has been obtained), or uses that are at odds with the agency's mission or positions.
- Any use that could generate more than minimal additional expense to the government.
- The unauthorized acquisition, use, reproduction, transmission, or distribution of any controlled information including computer software and data, that includes privacy information; copyrighted, trademarked, or material with other intellectual property rights beyond fair use; proprietary data; or export-controlled software or data.

Be sure to discuss your limits and responsibilities with your supervisor and Information Security Officer (ISO).

**Risk Awareness**

Most business use of computer systems is well defined and it is generally clear to the user when they go beyond the intended function of each application. Commercial applications are designed with access control and functional control in mind and as a result are less prone to accidental misuse. This distinction is less clear with non-business applications, particularly internet browser-based applications. Not only are these applications only generally protected, most web sites advertise using pop-ups, some of which masquerade as system messages, which, if run, can install unwanted applications, phone dialers and viruses on the computer. If business systems are used for personal purposes it may increase the risk these systems have to bear. Even though every reasonable precaution is taken to protect users and systems in both usage modes, it is always better to keep personal use of systems to a minimum, thus reducing the likelihood of any vulnerability being exploited and resulting in the system being compromised.

**Practice Exam 4**

## Lesson 10 - Social Engineering

Which is <u>not</u> an example of how a social engineer may gain your trust to get unauthorized information:

    a.  You receive an e-mail message from your new computer service technician asking for your username and password.
    b.  You receive a phone call from the telephone company technician who needs your username and password in order to complete their testing of the phone lines in your facility.
    c.  You receive a letter from the friend of a veteran asking for important medical information.
    d.  You receive a call telling you that they want to break into your computer system.

Social Engineering is an unauthorized person's manipulation of your trust to get you to give up information or resources that you should not give out.

    a.  True
    b.  False

## Lesson 11 - Authorized Use

The citizens of our country expect that as VA employees, we will not misuse or abuse the resources provided to us to accomplish our mission.

    a.  True
    b.  False

As a VA employee, you may have the privilege of some \"Unlimited Personal Use\" of certain government resources, such as computers, e-mail, Internet access, and telephone/fax service.

    a.  True
    b.  False

"Ethics is about understanding how your actions affect other people, knowing what is right and wrong, and taking personal responsibility for your actions..."

    a.  True
    b.  False

| From: | (VACO) |
| Sent: | Friday, March 31, 2006 9:08 AM |
| To: | |
| Subject: | Emailing: eescert.htm |



*Employee Education System*

# Certificate of Completion

*This is to certify that*

has completed a course entitled
**VA Cyber Security Awareness - FY06**

The Employee Education System has presented this
Continuing Education Activity for 1 contact hour(s)

*The Employee Education System maintains responsibility for the program.*

This On-Line Course was completed on Mar 31, 2006

Joy W. Hunter
Dean, VA Learning University

**EXHIBIT**

B

5/18/2006



Page 1 of 1

Glossary     Next >

**Employee Education System**

# Certificate of Completion

*This is to certify that*

has completed a course entitled

**VA Cyber Security Awareness Course - FY05**

The Employee Education System has presented this
Continuing Education Activity for 1 contact hour(s)

*The Employee Education System maintains responsibility for the program.*

This On-Line Course was completed on Jun 8, 2005

Joy W. Hunter

Joy W. Hunter
Dean, VA Learning University

...urity

...ations!

Cyber Security Awareness Course.

...ation/certificate button to complete the evaluation and print your
...ogram, outside of the program evaluation contact Security

...your certificate. Select the Evaluation-Certificate button and a web
...endance. The certificate confirms you have fulfilled the mandatory
...y may require you to provide a copy of the certificate to your

...ome back to the course and print a new certificate.

...tificate

To top    < Back    Reference    Help    Glossary    Next >

Search | Site Map | Facilities Locator | Disclaimer | Privacy & Security Statement
Accessibility | Freedom of Information Act | Contact the VA
Reviewed/Updated: 10/25/2004 11:50:48 AM

Feedback

**EXHIBIT**
C