UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VIETNAM VETERANS OF AMERICA, *et al.*,<br>　　　　　　　　Plaintiffs,<br><br>v.<br><br>R. JAMES NICHOLSON, Secretary of Veterans Affairs, *et al.*,<br>　　　　　　　　Defendants. | No. 1:06-cv-01038-JR |
| PAUL HACKETT, *et al.*,<br>　　　　　　　　Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF VETERANS AFFAIRS, *et al.*,<br>　　　　　　　　Defendants. | No. 1:06-cv-01943-JR |
| MICHAEL ROSATO, *et al.*,<br>　　　　　　　　Plaintiffs,<br><br>v.<br><br>R. JAMES NICHOLSON, Secretary of Veterans Affairs, *et al.*,<br>　　　　　　　　Defendants. | No. 1:06-cv-01944-JR |

## DECLARATION OF PAULETTE SAUNDERS

I Paulette Saunders, hereby declare:

EXHIBIT 27

1. I am of majority age and otherwise competent to testify as to the matters herein, based on my personal knowledge.

2. I am employed by the Department of Veterans Affairs in the Office of the Secretary as the Chief, Correspondence Management Section. My duties include supervision of staff personnel who receive and process mail and service of process addressed to the Secretary and Deputy Secretary of Veterans Affairs.

3. James Wilson works in the Correspondence Section under my supervision. His duties include receipt and processing of mail and service of process addressed to the Secretary or Deputy Secretary in their official capacites.

4. The Secretary and Deputy Secretary of Veterans Affairs have not authorized the Correspondence Management Section, or any of its staff members, to accept service of any mail or service of process addressed to either of them in their personal capacities.

11-20-06
DATED

PAULETTE SAUNDERS