UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VIETNAM VETERANS OF AMERICA, *et al.*,<br>　　　　　　　　　　Plaintiffs,<br><br>　　　v.<br><br>R. JAMES NICHOLSON, Secretary of Veterans Affairs, *et al.*,<br>　　　　　　　　　　Defendants. | No. 1:06-cv-01038-JR |
| PAUL HACKETT, *et al.*,<br>　　　　　　　　　　Plaintiffs,<br><br>　　　v.<br><br>UNITED STATES DEPARTMENT OF VETERANS AFFAIRS, *et al.*,<br>　　　　　　　　　　Defendants. | No. 1:06-cv-01943-JR |
| MICHAEL ROSATO, *et al.*,<br>　　　　　　　　　　Plaintiffs,<br><br>　　　v.<br><br>R. JAMES NICHOLSON, Secretary of Veterans Affairs, *et al.*,<br>　　　　　　　　　　Defendants. | No. 1:06-cv-01944-JR |

**MOTION TO EXCEED THE PAGE LIMIT**

Defendants in these three consolidated actions hereby move for permission to file a 69-page memorandum of points and authorities in support of their motion to dismiss or, in the

alternative, for summary judgment.[1]  That motion is being filed concurrently herewith in all three above-captioned cases.  The reasons supporting the instant motion are as follows:

    1.    On November 3, 2006, the Judicial Panel on Multidistrict Litigation ("JPML") consolidated these three putative nationwide class actions before this Court for pre-trial proceedings pursuant to 28 U.S.C. § 1407.  Previously, by order dated September 13, 2006, this Court granted defendants' motion for an extension of time to answer or otherwise respond to the Complaint in Vietnam Veterans of America v. Nicholson ("VVA"), 06-cv-1038-JR, and directed that an answer or other response be filed within 10 days of the JPML's ruling on the then-pending consolidation motion.  Defendants' obligation to respond to the complaints in the other two cases now consolidated before this Court had likewise been stayed pending resolution of transfer motions filed in those cases.

    2.    Although the Complaints all arise out of a common operative fact – the theft of a laptop and external hard drive from the home of an employee of the Department of Veterans Affairs – and seek to represent an identical putative class, the Complaints differ in their particulars.  While all three Complaints allege violations of the disclosure and safeguards provisions of the Privacy Act, 5 U.S.C. § 552a(b), (e)(10), the Complaints in VVA and Rosato also reference five other provisions of the Privacy Act.  In addition, the Complaints in VVA and Rosato assert claims under the Administrative Procedure Act, and the Complaints in Hackett and Rosato assert Bivens claims.  The allegations of injury set forth in the Complaints are also different, and, in addition, the VVA plaintiffs include organizational plaintiffs.

---

[1] This motion is filed on behalf of all defendants except for defendant John Doe in his individual capacity.

3. Defendants' motion to dismiss and/or for summary judgment addresses each and every claim asserted in each of the three captioned actions, and explains why each of those claims should be dismissed, or, in the alternative, summary judgment should be entered on behalf of defendants.

4. Rather than file three separate motions directed at each of the Complaints, defendants have prepared a single motion and single brief addressing all of the claims asserted in these actions. Given the variety of claims, as discussed above, defendants respectfully request permission to file an oversize brief 69 pages in length in support of their motion. A copy of that motion and brief are being filed concurrently herewith.

Pursuant to LCvR 7(m), the undersigned conferred with counsel for the plaintiffs in each of the above-captioned actions. Plaintiffs' counsel in <u>Vietnam Veterans of America v. Nicholson</u>, No. 06-1038-JR, have indicated that they do not oppose the relief sought in the instant motion. Plaintiffs' counsel in <u>Hackett v. U.S. Dep't of Veterans Affairs</u>, No. 06-1943-JR, and <u>Rosato v. Nicholson</u>, No. 06-1944-JR, have indicated that they oppose the instant motion.

WHEREFORE defendants respectfully request that the instant motion be GRANTED.

A proposed order is attached for the Court's consideration.

Dated: November 20, 2006.          Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEFFREY A. TAYLOR
United States Attorney

 /s/ Ori Lev
ELIZABETH J. SHAPIRO, DC Bar 418925

ORI LEV, DC Bar 452565
HEATHER R. PHILLIPS, CA Bar 191620
DAVID M. GLASS, DC Bar 544549
Attorneys, Department of Justice
P.O. Box 883
Washington, D.C.  20530
Tel: (202) 514-2395/Fax: (202) 616-8470
E-mail: ori.lev@usdoj.gov

Attorneys for All Defendants Except John Doe in
His Individual Capacity

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VIETNAM VETERANS OF AMERICA, *et al.*,<br><br>                            Plaintiffs,<br><br>      v.<br><br>R. JAMES NICHOLSON, Secretary of Veterans Affairs, *et al.*,<br><br>                            Defendants. | No. 1:06-cv-01038-JR |
| PAUL HACKETT, *et al.*,<br><br>                            Plaintiffs,<br><br>      v.<br><br>UNITED STATES DEPARTMENT OF VETERANS AFFAIRS, *et al.*,<br><br>                            Defendants. | No. 1:06-cv-01943-JR |
| MICHAEL ROSATO, *et al.*,<br><br>                            Plaintiffs,<br><br>      v.<br><br>R. JAMES NICHOLSON, Secretary of Veterans Affairs, *et al.*,<br><br>                            Defendants. | No. 1:06-cv-01944-JR |

[Proposed]
**ORDER**

THIS MATTER having come before the Court on Defendants' Motion to Exceed the Page Limit, and good cause having been shown, it is hereby

ORDERED that defendants' motion is GRANTED.

**SO ORDERED.**

Dated: November __, 2006.

                                                                       _____
HON. JAMES ROBERTSON
UNITED STATES DISTRICT JUDGE

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that he has, this 20th day of November 2006, caused a copy of the foregoing Motion to Exceed the Page Limit to be served via e-mail, per agreement of the parties, upon the following persons at the following addresses:

Marc Mezibov:       mmezibov@mezibovjenkins.com
John C. Murdock:    JMurdock@mgsglaw.com
*Counsel for plaintiffs in* Hackett v. Department of Veterans Affairs, *No. 06-cv-1943-JR*

Mark D. Smilow:     msmilow@weisslurie.com
*Counsel for plaintiffs in* Rosato v. Nicholson, *No. 06-cv-1944-JR*

Counsel for plaintiffs in Vietnam Veterans of America v. Nicholson, No. 06-cv-1038-JR, will be served via the Court's ECF system.

_____/s/_____
Ori Lev