UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MICHAEL ROSATO, et al., )
)
Plaintiffs, )
)
v. ) No. 1:06-cv-01944-JR
)
R. JAMES NICHOLSON, Secretary of )
Veterans Affairs, et al., )
)
Defendants. )
)

**UNOPPOSED MOTION FOR EXTENSION TO RESPOND TO PENDING MOTION TO DISMISS OR, IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT**

Plaintiffs[1] hereby move for an extension of time until January 31, 2007, to respond to Defendants' Motion To Dismiss Or, In The Alternative, For Summary Judgment ("Defendants' Motion") filed on November 20, 2006, which was made in this and the two cases related hereto in one document containing all of the captions. By way of background, this case was transferred to this Court by an Order of the Multidistrict Litigation Panel filed on November 3, 2006, because centralization under 28 U.S.C. § 1407 was viewed as necessary in order to eliminate duplicative discovery, prevent inconsistent pretrial rulings, and conserve the resources of the parties, their counsel and the judiciary. As of Friday, January 5, 2006, the file of this case was not docketed by the Clerk of this Court as having been received from the transferor court.

On November 30, 2006, the plaintiffs in *Vietnam Veterans of America, Inc. et al. v. R. James Nicholson, et al.*, Case Nos. 1:06-cv-01038-JR, the case that was preexisting in this

---

[1] Parties to an action transferred under 28 U.S.C. § 1407 are not required to obtain local counsel in the district to which the action is transferred. J.P.M.L. R. 1.4; *In re Vernitron Sec. Litigation*, 462 F. Supp. 391, 393-94 (J.P.M.L. 1978).

RECEIVED
JAN 9  2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

District, filed an Unopposed Motion To Extend The Time To Respond to the defendants' motion. Plaintiffs in this case understood that the motion by the *Vietnam Veterans of America* plaintiffs encompassed all three VA Data Theft cases presently pending before this Court – Case Nos. 1:06-cv-01038-JR, 1:06-cv-01943-JR, and 1:06-cv-01944-JR. However, Plaintiffs may have been mistaken on this account and, therefore, file this motion and request an identical extension to that requested in the other related cases.

Good cause exists for granting Plaintiffs' requested extension because: (1) Defendants' Motion exceeds 400 pages and raises numerous legal issues requiring response; (2) Defendants' Motion to Exceed the Page Limit remains pending before this Court; and (3) Plaintiffs Counsel in each of the three VA Data Theft cases are attempting to coordinate their actions as much as possible to minimize the burden upon this Court and the parties by enhancing the efficiencies of this litigation.

Defendants' counsel has indicated that Defendants do not oppose the requested extension.

A proposed Order is attached hereto for the Court's consideration.

Wherefore, Plaintiffs respectfully request that this motion be GRANTED.

Dated: January 8, 2007

Respectfully Submitted,

Mark D. Smilow (MS 2809)
WEISS & LURIE
551 Fifth Avenue, Suite 1600
New York, NY 10176
Tel: (212) 682-3025
Fax: (212) 682-3010

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Unopposed Motion for Extension to Respond to Pending Motion to Dismiss Or, in the Alternative, for Summary Judgment was served upon the following counsel of record via email on this 8th day of January, 2007:

Ori Lev, Esq.
Ori.Lev@usdoj.gov
U.S. Department of Justice
Civil Division/ Federal Programs Branch
Mail:   P.O. Box 883
        Washington, D.C. 20044
Street: 20 Massachusetts Ave., N.W.
        Room 7330
        Washington, D.C. 20001

_____
Mark D. Smilow

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHAEL ROSATO, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | No. 1:06-cv-01944-JR |
| ) | |
| R. JAMES NICHOLSON, Secretary of ) | |
| Veterans Affairs, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

**[PROPOSED] ORDER EXTENDING TIME TO RESPOND TO PENDING MOTION TO DISMISS OR, IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT**

Plaintiffs having moved for an extension of time until January 31, 2007, to respond to Defendants' Motion To Dismiss Or, In The Alternative, For Summary Judgment, and there being no objection to such extension by Defendants, said motion is hereby GRANTED. Plaintiffs shall submit their responses on or before January 31, 2007.

_____
U.S. District Court Judge

Dated:_____